UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:20-cv-24328-MGC

ANA MARGARITA MARTINEZ

        Plaintiff,

v.

NETFLIX, INC.,
ORANGE STUDIOS, S.A., and
OLIVIER ASSAYAS

        Defendants.
_____/

### NETFLIX, INC.'S *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), Defendant Netflix, Inc. ("Netflix"), for good cause shown, respectfully seeks an *unopposed* extension, through and including January 11, 2021, to file a response to the complaint filed on behalf of Plaintiff Ana Margarita Martinez ("Plaintiff"). In support of its *unopposed* request, Netflix states as follows:

1. Plaintiff filed her Complaint on October 21, 2020. (D.E. 1).

2. Plaintiff sent a request for waiver of service of summons to Netflix on October 27, 2020, which Netflix executed on October 28, 2020. (D.E. 6).

3. Currently, Netflix's response to Plaintiff's Complaint is due Monday, December 28, 2020.

4. Due to certain unexpected logistical difficulties encountered by counsel stemming from the ongoing pandemic, as well as the number, length and complexity of the arguments raised in Plaintiffs' Complaint, Defendant requires an extension of time, through and including January 11, 2021, in which to prepare their response.

5. Plaintiff's counsel has graciously agreed not to oppose the requested extension of time.

6. The motion is not being interposed for purposes of delay and will not prejudice Plaintiff.

**WHEREFORE**, based on the foregoing and pursuant to Fed. R. Civ. P. 6(b), Netflix respectfully requests that the Court enter an order, through and including January 11, 2020, for Netflix to serve its response to the Complaint.

## CERTIFICATE OF GOOD FAITH CONFERRAL

In accordance with Local Rule 7.1(a)(3), Netflix's counsel conferred in good faith with Plaintiff's counsel, who graciously agreed to the requested relief.

Respectfully submitted,

**PRYOR CASHMAN LLP**
*Attorneys for Netflix*
201 South Biscayne Boulevard, Suite 2700
Miami, Florida 33131
Telephone: (786) 582-3010
Facsimile: (786) 582-3004

By: s/ James G. Sammataro
James G. Sammataro
Florida Bar No. 520292
jsammataro@pryorcashman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2020 a copy of the foregoing *Unopposed* Motion for Enlargement of Time to Resopnd to the Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

                                                     */s/ James G. Sammataro*
                                                   James G. Sammataro