UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:20-cv-24328-MGC

ANA MARGARITA MARTINEZ

        Plaintiff,

v.

NETFLIX, INC.,
ORANGE STUDIOS, S.A., and
OLIVIER ASSAYAS

        Defendants.
_____/

**ORDER GRANTING DEFENDANT NETFLIX INC.'S *UNOPPOSED* MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

**THIS CAUSE** came before this Court on the Defendant Netflix Inc.'s ("Netflix") *Unopposed* Motion for Enlargement of Time to File The Response to Plaintiff's Complaint filed on December 18, 2020. This Court having been advised that Plaintiff does not oppose the request for extension, and otherwise being informed, **ORDERS AND ADJUDGES** that:

1.    Netflix's Request for Enlargement of Time is hereby **GRANTED**.

2.    Netflix shall file and serve their Response to the Complaint on or before January 11, 2021.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

                                                                                        United States District Judge

Copies furnished to: All Counsel of Record