UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24328-CIV-COOKE/LOUIS

ANA MARGARITA MARTINEZ,

    Plaintiff,

v.

NETFLIX, INC.,
ORANGE STUDIOS, S.A and
OLIVIER ASSAYAS,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF SELECTION OF MEDIATOR**

Plaintiff, ANA MARGARITA MARTINEZ, by and through undersigned counsel and pursuant to the Order of Referral to Mediation dated December 16, 2020 [DE 10], hereby gives notice that:

1. Plaintiff and Defendant Netflix[1] have conferred and agreed upon (Ret.) Judge John Thornton as mediator.

2. The parties have not had the opportunity to contact Judge Thornton to determine his availability as mediator, or to coordinate the place, date and time for mediation convenient to Judge Thornton and all parties, but the parties are aware that mediation must be completed by October 1, 2021 pursuant to the Order of Referral to Mediation.

---

[1] Plaintiff has yet to effectuate service of process on the foreign Defendants, ORANGE STUDIOS, S.A. and OLIVIER ASSAYAS.

Dated: December 30, 2020
Miami, FL

Respectfully submitted,

**HIRZEL DREYFUSS & DEMPSEY PLLC**
*Counsel for Plaintiff*
2333 Brickell Avenue, Suite A-1
Miami, Florida 33129
Telephone: 305-615-1617
hirzel@hddlawfirm.com

By: /s/ *Leon F. Hirzel*
Leon Hirzel, Esq.
Fla. Bar #085966

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 30, 2020 the foregoing document has been filed with the Clerk of Court by using the CM/ECF system and served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

By: */s/ Leon F. Hirzel*
Leon F. Hirzel
Florida Bar No. 085966
hirzel@hddlawfirm.com