UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-24328-WPD

ANA MARGARITA MARTINEZ,

    Plaintiff,

v.

NETFLIX, INC.,
ORANGE STUDIOS, S.A., and
OLIVIER ASSAYAS,

    Defendants.

_____

### ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the July 6, 2023 Report and Recommendation of United States Magistrate Judge Lauren Fleischer Louis (the "Report") [DE 164]. The Court notes that no objections to the Report [DE 164] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 164] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 164] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 164] is hereby **ADOPTED** and **APPROVED**;

2. The Court hereby finds that complete diversity existed among the Parties at the time this case was commenced, and that diversity jurisdiction exists;

3. Plaintiffs' Unopposed Motion to Amend First Amended Complaint by Interlineation [DE 162] is hereby **GRANTED**;

4. The Clerk is hereby **DIRECTED** to return the record, as supplemented, to the Eleventh Circuit for further proceedings.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of July, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Judge Louis
Counsel of record
11th Circuit Clerk [23-10895]